Case MDL No. 2738   Document 2048   Filed 10/30/19   Page 1 of 3

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: JOHNSON & JOHNSON TALCUM
POWDER PRODUCTS MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION                                                                    MDL No. 2738

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO -177)

On October 4, 2016, the Panel transferred 10 civil action(s) to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 220 F.Supp.3d 1356 (J.P.M.L. 2016). Since that time, 1,581 additional action(s) have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable Freda L. Wolfson.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Wolfson.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of October 4, 2016, and, with the consent of that court, assigned to the Honorable Freda L. Wolfson.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Oct 30, 2019

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I HEREBY CERTIFY that the above and
foregoing is a true and correct copy
of the original on file in my office.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
WILLIAM T. WALSH, CLERK

By _____
        Deputy Clerk

IN RE: JOHNSON & JOHNSON TALCUM
POWDER PRODUCTS MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION                                                                                MDL No. 2738

## SCHEDULE CTO-177 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 19−08530 | Gloria J. Vitto v. Johnson and Johnson et al |
| CAC | 2 | 19−08533 | Ely E Galbis v. Johnson and Johnson et al |
| CAC | 2 | 19−08534 | Lizeth M. Flores v. Johnson and Johnson et al |
| CAC | 2 | 19−08544 | Shante Myers v. Johnson and Johnson et al |
| CAC | 2 | 19−08547 | Carrie Holmes v. Johnson and Johnson et al |
| CAC | 2 | 19−08568 | Cynthia Gully v. Johnson and Johnson et al |
| CAC | 2 | 19−08582 | Breada L. Beals v. Johnson and Johnson et al |
| CAC | 2 | 19−08615 | Norma Flores v. Johnson and Johnson et al |
| CAC | 2 | 19−08617 | Terry S. Parsons v. Johnson and Johnson et al |
| CAC | 2 | 19−08618 | Elizabeth A. Mooney et al v. Johnson and Johnson et al |
| CAC | 2 | 19−08640 | Albert Thompkins v. Johnson and Johnson et al |
| CAC | 2 | 19−08641 | Roxanne Williams Martin v. Johnson and Johnson et al |
| CAC | 2 | 19−08643 | Carmel A. Rambo v. Johnson and Johnson et al |
| CAC | 2 | 19−08644 | Linda Olin v. Johnson and Johnson et al |
| CAC | 2 | 19−08743 | Dolores D. Rice v. Johnson and Johnson et al |
| CAC | 2 | 19−08753 | Lucie Pearl Conolly et al v. Johnson and Johnson et al |
| CAC | 2 | 19−01892 | Phillip S. Fivgas v. Johnson and Johnson et al |
| CAC | 5 | 19−01894 | Patricia Sanders et al v. Johnson and Johnson et al |
| CAC | 5 | 19−01895 | Linda A. Cato et al v. Johnson and Johnson et al |
| CAC | 5 | 19−01902 | Genida R. Vezinaw v. Johnson and Johnson et al |
| CAC | 5 | 19−01903 | Mari E. Keen et al v. Johnson and Johnson et al |
| CAC | 5 | 19−01906 | Sherry L. Moro v. Johnson and Johnson et al |
| CAC | 5 | 19−01907 | Frank R. Pasos v. Johnson and Johnson et al |
| CAC | 5 | 19−01910 | Marion E. Yenalavitch et al v. Johnson and Johnson et al |
| CAC | 5 | 19−01910 | Cynthia A. Hoffmann v. Johnson and Johnson et al |
| CAC | 8 | 19−01921 | Kendra J. Coromandel et al v. Johnson and Johnson et al |
| CALIFORNIA EASTERN | | | |
| CAE | 2 | 19−01997 | Jones v. Johnson & Johnson et al |

CALIFORNIA NORTHERN

| | | | |
|---|---|---|---|
| CAN | 3 | 19-06326 | Maurice Simpson, Individually and as Successor in Interest to ANNETTE WILKERSON (Deceased) v. Johnson & Johnson et al |
| CAN | 3 | 19-06340 | King, Jr. v. Johnson & Johnson et al |
| CAN | 3 | 19-06341 | CEBALLOS et al v. Johnson & Johnson et al |
| CAN | 3 | 19-06351 | Demas v. Johnson & Johnson et al |
| CAN | 3 | 19-06354 | Griffin et al v. Johnson & Johnson et al |
| CAN | 3 | 19-06355 | Sabir et al v. Johnson & Johnson et al |
| CAN | 3 | 19-06388 | Colon v. Johnson & Johnson et al |
| CAN | 4 | 19-06315 | Robinson v. Johnson & Johnson et al |
| CAN | 4 | 19-06328 | Martinez v. Johnson & Johnson et al |
| CAN | 4 | 19-06342 | George et al v. Johnson & Johnson et al |
| CAN | 4 | 19-06353 | BILLY NEARS v. Johnson & Johnson et al |
| CAN | 4 | 19-06385 | Porcher v. Johnson & Johnson et al |
| CAN | 4 | 19-06433 | Ann Corridon v. Johnson & Johnson et al |
| CAN | 4 | 19-06450 | Ross v. Johnson & Johnson et al |
| CAN | 4 | 19-06519 | Victorino v. Johnson & Johnson et al |
| CAN | 4 | 19-06520 | Brewster v. Johnson & Johnson et al |
| CAN | 4 | 19-06522 | Healy et al v. Johnson & Johnson et al |

CALIFORNIA SOUTHERN

| | | | |
|---|---|---|---|
| CAS | 3 | 19-01935 | Arredondo v. Johnson & Jonhson et al |